UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIETTA SCHEER,<br><br>              Plaintiff,<br><br>    -against-<br><br>COMENITY, LLC d/b/a COMENITY BANK.,<br><br>              Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case No. 15 CV 6488-MAT-JWF |

      NOW COMES the Plaintiff, MARIETTA SCHEER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

      Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                            RESPECTFULLY SUBMITTED,

                   By:__/s/ Adam T. Hill_____
                     Adam T. Hill, Esq.
                     Attorney for Plaintiff
                     Krohn & Moss, Ltd.
                     10 N. Dearborn, 3rd Floor
                     Chicago, IL 60602
                     Phone: (312) 578-9428
                     Fax: (866) 861-1390
                     E-mail: ahill@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                s/ Adam T. Hill
                Adam T. Hill, Esq.
                Attorney for Plaintiff

.