**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIETTA SCHEER, ) | Case No.: 15-cv-6488 |
| ) | |
| Plaintiff, ) | |
| v. ) | Hon. Michael A. Telesca |
| ) | |
| COMENITY LLC ) | **STIPULATION OF DISMISSAL** |
| d/b/a COMENITY BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, MARIETTA SCHEER ("Plaintiff"), and Defendant, COMENITY LLC d/b/a COMENITY BANK ("Defendant"), hereby stipulate and give notice of the voluntary dismissal with prejudice of this action, with each party to bear its own fees and costs.

Agreed to this 25th day of May, 2016.

| | |
|---|---|
| /s/ Brendan H. Little. Esq. | /s/ Adam T. Hill |
| Brendan H. Little, Esq. | Adam T. Hill |
| LIPPES MATHIAS WEXLER | Krohn & Moss, Ltd |
| FRIEDMAN LLP | 10 N. Dearborn St., 3rd Floor |
| 665 Main Street, Suite 300 | Chicago, IL 60602 |
| Buffalo, NY 14203 | Tel: (312) 578-9428 ext. 424 |
| Phone: (617) 951-2100 | Fax: (866) 861-1390 |
| blittle@lippes.com | ahill@consumerlawcenter.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Adam T. Hill
Adam T. Hill